ALEXANDER G. CALFO (SBN 152891)
  ACalfo@yukelaw.com
KELLEY S. OLAH (SBN 245180)
  KOlah@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 362-7777
Facsimile:      (213) 362-7788

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK TOTH,<br><br>         Plaintiff,<br><br>    vs.<br><br>DEPUY ORTHOPAEDICS, INC.,<br>THOMAS P. SCHMALZRIED, M.D.<br>A PROFESSIONAL CORPORATION,<br>and DOES 1 through 20, inclusive,<br><br>         Defendants. | CASE NO. 4:11-CV-01728-CW<br><br>**ORDER RE: STIPULATION TO STAY PROCEEDINGS**<br><br>*Hon. Claudia Wilken*<br><br>Action Filed:     March 9, 2011<br>Trial Date:       None Set |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff FRANK TOTH; Defendant DEPUY ORTHOPAEDICS, INC.; and Defendant THOMAS P. SCHMALZRIED, M.D. (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

/ / /

/ / /

/ / /

/ / /

/ / /

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending resolution of the motion to create a Pinnacle Cup System MDL proceeding.

IT IS SO ORDERED.

Dated: __April 29__, 2011

_____
Judge Claudia Wilken

Respectfully submitted by,

DATED: April 28, 2011          YUKEVICH CALFO & CAVANAUGH

By: _____
Alexander G. Calfo
Kelley S. Olah
Attorneys for Defendant DEPUY ORTHOPAEDICS, INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

On April 28, 2011, I served true copies of the following document(s) described as **PROPOSED ORDER RE: STIPULATION TO STAY PROCEEDINGS** on the interested parties in this action as follows:

| | |
|---|---|
| Kenneth M. Seeger | Attorneys for Plaintiff |
| Brian J. Devine | FRANK TOTH |
| SEEGER • SALVAS LLP | |
| 455 Market Street, Suite 1530 | T:   (415) 981-9260 |
| San Francisco, CA  94105 | F:   (415) 981-9266 |

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2011, at Los Angeles, California.

Deanna Castellanos