**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**


**IN RE: DEPUY ORTHOPAEDICS, INC.,
PINNACLE HIP IMPLANT PRODUCTS
LIABILITY LITIGATION**                                          MDL No. 2244


(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO−1)**


On 0, the Panel transferred no civil action(s) to the United States District Court for the 0 for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* (J.P.M.L. ). Since that time, no additional action(s) have been transferred to the 0. With the consent of that court, all such actions have been assigned to the Honorable 0.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the 0 and assigned to Judge 0.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the 0 for the reasons stated in the order of 0, and, with the consent of that court, assigned to the Honorable 0.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the 0. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.


FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Certified a true copy of an instrument
on file in my office on 6-1-11
Clerk, U.S. District Court
Northern District of Texas
By _____ Deputy

IN RE: DEPUY ORTHOPAEDICS, INC.,
PINNACLE HIP IMPLANT PRODUCTS
LIABILITY LITIGATION                                   MDL No. 2244

### SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| __DIST__ | __DIV.__ | __C.A.NO.__ | __CASE CAPTION__ |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 5 | 11–01259 | Davis v. Depuy Orthopaedics, Inc et al |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 10–09191 | Wilma G. Wenner v. Depuy Orthopaedics Inc et al |
| CAC | 2 | 11–02884 | Kathleen Ponzini v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 11–02971 | Sanford D Greenberg v. Depuy Orthopaedics Inc et al |
| CAC | 2 | 11–03104 | Elizabeth Zapf v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 11–03129 | Larry Gross v. Depuy Orthopaedics Inc et al |
| CAC | 2 | 11–03139 | Mark Phelps v. Depuy Orthopaedics Inc et al |
| CAC | 2 | 11–03176 | Michael Humphrey v. Depuy Orthopaedics Inc et al |
| CAC | 2 | 11–03278 | Herman M Gettings Jr v. Depuy Orthopaedics Inc et al |
| CAC | 2 | 11–03356 | Michael Humphrey v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 11–03513 | James Thompson v. DePuy Orthopaedics, Inc. et al |
| CAC | 5 | 10–01536 | Kathleen Cantrell v. De Puy Orthopaedics Inc et al  Opposed 6/1/11 |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 11–01737 | Cashman et al v. DePuy Orthopaedics, Inc. et al |
| CAN | 3 | 11–01792 | Martin et al v. DePuy Orthopaedics, Inc. et al |
| CAN | 4 | 11–01728 | Toth v. DePuy Orthopaedics, Inc. et al |
| CAN | 4 | 11–01736 | Lyster et al v. DePuy Orthopaedics, Inc. et al |
| CAN | 4 | 11–01750 | Crittendon et al v. DePuy Orthopaedics, Inc. |
| CAN | 4 | 11–01787 | Wooten v. DePuy Orthopaedics, Inc. et al |
| CAN | 5 | 11–01740 | Elliott et al v. DePuy Orthopaedics, Inc. et al |
| CAN | 5 | 11–01743 | Perez v. DePuy Orthopaedics, Inc. et al |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 11–00581 | Mendoza v. Depuy Orthopaedics, Inc. et al |
| **DISTRICT OF COLUMBIA** | | | |

| | | | |
|---|---|---|---|
| DC | 1 | 11−00343 | GRAHAM v. DEPUY ORTHOPEDICS, INC. et al |

**FLORIDA SOUTHERN**

| | | | |
|---|---|---|---|
| FLS | 2 | 11−14128 | Gibney v. Depuy Orthopaedics, Inc. et al |
| FLS | 9 | 11−80048 | Feddeman v. DePuy Orthopaedics, Inc. et al |

**ILLINOIS NORTHERN**

| | | | |
|---|---|---|---|
| ILN | 1 | 10−05034 | Kramer et al v. DePuy Orthopaedics, Inc. |
| ILN | 1 | 11−01219 | Jones et al v. DePuy Orthopaedics, Inc. |

**IOWA SOUTHERN**

| | | | |
|---|---|---|---|
| IAS | 4 | 11−00032 | Near et al v. DePuy Orthopaedics, Inc. |

**LOUISIANA EASTERN**

| | | | |
|---|---|---|---|
| LAE | 2 | 11−00550 | Santorelli et al v. DePuy Orthopaedics, Inc. et al |
| LAE | 2 | 11−00716 | Bertoniere v. DePuy Orthopaedics, Inc. et al |

**LOUISIANA WESTERN**

| | | | |
|---|---|---|---|
| LAW | 5 | 11−00545 | Alexander v. Depuy Orthodaedics Inc |

**MASSACHUSETTS**

| | | | |
|---|---|---|---|
| MA | 1 | 11−10160 | Vitale v. DePuy Orthopaedics, Inc. et al |

**MISSISSIPPI SOUTHERN**

| | | | |
|---|---|---|---|
| MSS | 3 | 11−00289 | Sessums v. Depuy Orthopaedics, Inc. et al |

**MISSOURI EASTERN**

| | | | |
|---|---|---|---|
| MOE | 4 | 11−00577 | Ronshausen v. DePuy Orthopaedics, Inc. et al |

**NEW JERSEY**

| | | | |
|---|---|---|---|
| NJ | 3 | 11−01945 | SILLMAN et al v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 3 | 11−02420 | HUBBARD v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 3 | 11−02421 | WATKINS et al v. DEPUY ORTHOPAEDICS, INC. et al |

**NEW YORK NORTHERN**

| | | | |
|---|---|---|---|
| NYN | 1 | 11−00398 | Prabhudial et al v. DePuy Orthopaedics, Inc. et al |

**PENNSYLVANIA MIDDLE**

| | | | |
|---|---|---|---|
| PAM | 4 | 11−00509 | Britton et al v. Depuy Orthopaedics, Inc. et al |

TENNESSEE MIDDLE

| | | | |
|---|---|---|---|
| TNM | 3 | 11−00215 | Campbell et al v. DePuy Orthopaedics, Inc. et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 11−01532 | Haxton v. DePuy Orthopaedics, Inc. et al |
| TXS | 4 | 11−01536 | Neff v. DePuy Orthopaedics, Inc. et al |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 3 | 11−00195 | Hawley v. Johnson &Johnson et al |
| VAE | 3 | 11−00235 | Brown v. Depuy Orthopaedics, Inc. et al |